UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEVEN AARON, SR.** | * | CIVIL NO.: 2:21-cv-1082 |
| | * | |
| *Plaintiff,* | * | JUDGE: Mary Ann Vial Lemmon |
| | * | |
| | * | MAG. JUDGE: Janis van Meerveld |
| v. | * | |
| | * | |
| **BANCROFT BAG, INC., ET AL** | * | |
| | * | |
| *Defendants,* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## FORD MOTOR COMPANY'S CORPORATE DISCLOSURE STATEMENT

Defendant, Ford Motor Company, a non-governmental corporate party, hereby advises the Court that Ford Motor Company has no parent corporation and no public corporation owns more than 10% of Ford Motor Company's stock.

Respectfully submitted,

**KUCHLER POLK WEINER, LLC**

*s/ Janika D. Polk*
**Deborah D. Kuchler (#17013)**
**Monique M. Weiner (#23233)**
**Janika D. Polk (#27608)**
**Lee B. Ziffer (#32783)**
**Skylar B. Rudin (#35036)**
**Alease T. Scott (#37533)**
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0696
dkuchler@kuchlerpolk.com
mweiner@kuchlerpolk.com
lziffer@kuchlerpolk.com
srudin@kuchlerpolk.com
ascott@kuchlerpolk.com
***Attorneys for Ford Motor Company***

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 4th day of June, 2021 filed electronically a true copy of the foregoing. All parties received notice of this filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*s/ Janika D. Polk*
**JANIKA D. POLK**
